UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA,          :

            -v-                  :           25-MJ-3277 (LJL)

                                :

WILBERT WHITTINGTON,        :           ORDER

                              :

                 Defendant.      :

                                             :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court will hear the appeal from Magistrate Judge Moses' bail determination tomorrow at 1:30 p.m in Courtroom 15C at the 500 Pearl Street Courthouse. Mr. Whittington's release on conditions is stayed pending a determination on the bail appeal.

     SO ORDERED.

Dated: October 30, 2025
       New York, New York

                                           LEWIS J. LIMAN
                               United States District Judge