UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILBERT WHITTINGTON,<br>                              Defendant. | Case No. 1:25-cr-00519 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Arraignment and Initial Appearance in this matter shall be held on November 13, 2025, at 11:30 a.m. in Courtroom 20B, 500 Pearl Street, New York, NY 10007 before Judge Jennifer L. Rochon.

Dated: November 12, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge