UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | Case No. 1:25-cr-00519 (JLR) |
| WILBERT WHITTINGTON, | **ORDER** |
| Defendant. | |

JENNIFER L. ROCHON, United States District Judge:

As stated at the April 29, 2026 status conference, IT IS HEREBY ORDERED that a jury trial shall commence on **Monday, August 10, 2026, at 9:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties shall comply with the following schedule for pre-trial submissions:

**June 24, 2026:**    The Government shall file any motions *in limine*, any Rule 404(b) notices, and its exhibit list and witness list.

In addition, the parties shall jointly file their proposed *voir dire*, requests to charge, and verdict form in accordance with the Court's Individual Rules.

**July 8, 2026:**    Defendant shall file responses to the Government's motion(s) and his own motions *in limine*, if any.

**July 15, 2026:**    The Government shall file a response to Defendant's motion(s) *in limine*, if any.

There shall be no replies to any motions *in limine*. The parties shall otherwise comply with the Court's Individual Rule 6 regarding criminal cases.

Finally, IT IS FURTHER ORDERED that the parties shall appear for a final pre-trial conference on **July 29, 2026**, at **10:00 a.m.** in the aforementioned courtroom.

Additionally, for the reasons stated on the record, both Defendant's *Bruen* motion, Dkt. 20, and Defendant's letter motion to modify the conditions of his pretrial release, Dkt. 23, are DENIED.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 20 and 23.

Dated:  April 29, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2