# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2026

**BY ECF**

The Honorable Jennifer L. Rochon
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Defendant is permitted to attend the BBQ as long as he complies with a curfew of 9:00pm. This resolves the Letter Motion at Dkt. 27.

Dated: June 30, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    **United States v. Wilbert Whittington**
       **25-CR-519 (JLR)**

Dear Judge Rochon,

Wilbert Whittington, through undersigned counsel, respectfully requests that the Court permit him to attend a family BBQ in his neighborhood on July 4, 2026. Mr. Whittington, who is currently on home detention, has been on pretrial release since October 31, 2025, and has been compliant with the conditions of his release.

Undersigned counsel has conferred with pretrial services and the government about this request. As a general policy, pretrial services objects to all requests for social events for any individual under home detention. The government, however, has no objection to the request, so long as a curfew of 9:00 p.m. is imposed. Accordingly, Mr. Whittington asks the Court to grant his request and impose a 9:00 p.m. curfew on July 4, 2026.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791