# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 30, 2026

**BY ECF**

The previously granted motion is modified as indicated herein. This resolves the Letter Motion Dkt. 30.

The Honorable Jennifer L. Rochon
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dated:  June 30, 2026
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    **United States v. Wilbert Whittington**
       **25-CR-519 (JLR)**

Dear Judge Rochon,

On June 30, 2026, the Court granted Mr. Whittington's motion to attend a family BBQ on July 4, 2026, subject to a 9:00 p.m. curfew. *See* Dkt. 29. After conferring further with pretrial services about the logistics of this request, undersigned counsel respectfully asks that the Court modify its order as follows:

Mr. Whittington is permitted to leave his home from 9:00 a.m. to 9:00 p.m. on July 4, 2026 to attend the family BBQ. With the understanding that the BBQ will take place near his residence in the Bronx, NY, Mr. Whittington shall remain in the vicinity of his current neighborhood for the entirety of the curfew

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1