Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 20, 2026

**BY ECF**

The Honorable Jennifer L. Rochon
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

The within request is GRANTED. This resolves the letter motion at Dkt. 32.

Dated: August 20, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Re: **United States v. Wilbert Whittington**
**25-CR-519 (JLR)**

Dear Judge Rochon,

Wilbert Whittington, through undersigned counsel, respectfully requests that the Court permit him to attend a family BBQ in front of his home on August 28, 2026. Mr. Whittington, who is currently on home detention, has been on pretrial release since October 31, 2025, and has been compliant with the conditions of his release.

Undersigned counsel has conferred with pretrial services and the government about this request. As a general policy, pretrial services objects to all requests for social events for any individual under home detention. The government, however, has no objection to the request, so long as a curfew of 9:00 a.m. to 9:00 p.m. is imposed. Accordingly, Mr. Whittington asks the Court to grant his request and impose a 9:00 a.m. to 9:00 p.m. curfew on August 28, 2026.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791